UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIN FENIX,<br><br>                    Plaintiff,<br><br>          v.<br><br>GAVIN NEWSOM, et al.,<br><br>                    Defendants. | No.  1:24-cv-00202-JLT-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM NOVEMBER 12, 2024, TO **NOVEMBER 14, 2024, AT 9:30 A.M.** |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for a video settlement conference on November 12, 2024, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.  (ECF No. 30.)

In order to accommodate the Court's calendar, the settlement conference is HEREBY RESCHEDULED to **November 14, 2024, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe.  The parties confidential settlement statements shall be submitted on or before November 7, 2024.  Since Plaintiff is currently out of custody, he shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, prior to the settlement conference.

IT IS SO ORDERED.

Dated:   **August 26, 2024**              /s/ *Barbara A. McAuliffe*          
                                                              UNITED STATES MAGISTRATE JUDGE

1