1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    DAVIN FENIX,                              No.  1:24-cv-00202-JLT-SAB (PC)

12              Plaintiff,                       ORDER GRANTING DEFENDANTS'
                                                 REQUEST FOR EXTENSION OF TIME TO
13        v.                                     OPT-OUT OF POST-SCREENING ADR

14    GAVIN NEWSOM, et al.,                      (ECF No. 32)

15              Defendants.

16

17         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18    U.S.C. § 1983.

19         Currently before the Court is Defendants' request for a thirty-day extension of time to

20    move to opt out of post-screening ADR, filed September 6, 2024.

21         Good cause having been shown, Defendants shall have up to and including October 18,

22    2024, to move to opt out of post-screening ADR.

23

24    IT IS SO ORDERED.

25    Dated:   __September 9, 2024__          _____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                          1