UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIN FENIX, | No.  1:24-cv-00202-JLT-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO PROVIDE STATUS OF DISCOVERY WITHIN SEVEN DAYS |
| v. | |
| SOTO, | (ECF No. 46) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's failure to protect claim against Defendant Soto.

On May 30, 2025, the Court granted summary judgment in favor of Defendants Cassering and Miller for failure to exhaust the administrative remedies. (ECF No. 41.)

On June 2, 2025, the Court issued an amended scheduling order, which was later modified at Defendant's request on October 1, 2025. (ECF Nos. 42, 44.)

On November 26, 2025, Defendant filed a motion to compel discovery responses and to modify the scheduling order. (ECF No. 45.)  The Court granted Defendant's motion to compel on January 7, 2026, directed Plaintiff to service responses to Defendant's request for production of documents within thirty days, and stayed the dispositive motion deadline pending Plaintiff's

1

compliance.  (ECF No. 46.)  The Court also warned Plaintiff that his failure to respond to the discovery requests may result in dismissal of the action.  (Id.)

Accordingly, it is HEREBY ORDERED that within **seven (7)** days from the date of service of this order, Defendant shall provide a status of Plaintiff's compliance with the Court's January 7, 2026, order.

IT IS SO ORDERED.

Dated:   **April 14, 2026**   

STANLEY A. BOONE
United States Magistrate Judge