**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVIN FENIX, | No. 1:24-cv-00202 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO DISMISS ACTION |
| v. | |
| SOTO, | (Docs. 48, 50) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to grant Defendant's motion to dismiss as a discovery sanction. (Doc. 50.) The Findings and Recommendations were served on the parties and contained notice that objections were due within 14 days. (*Id*. at 8.) No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.  The Findings and Recommendations issued on May 28, 2026 (Doc. 50) are

**ADOPTED** in full.

2.  Defendant's motion to dismiss (Doc. 48) is **GRANTED**.

3.  The instant action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  __**June 29, 2026**__

_____
UNITED STATES DISTRICT JUDGE